**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00378-CV

## TODD PRUETT, Appellant

## V.

## MARK STOLZ, ET AL., Appellees

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-07463

## ORDER

Before the Court is appellant's May 24, 2013 motion for an extension of time to file a brief. By order dated May 23, 2013, the Court ordered Stephanie Moses, Official Court Reporter of the 193rd Judicial District Court of Dallas County, Texas, to file, within thirty days, either the reporter's record or written verification that appellant has not requested the reporter's record.

Appellant's brief will be due thirty days after either the reporter's record is filed or written verification from the court reporter of no request. *See* TEX. R. APP. P. 37.3(c) & 38.6(a). Accordingly, we **DENY** as moot appellant's motion for an extension of time to file a brief.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE